IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARSHIP ENTERPRISES OF ATLANTA, INC., : : : | |
| Plaintiff, : : | |
| v. : : | CIVIL ACTION NO. 1:05-CV-0238-JOF |
| FULTON COUNTY, a political subdivision of the State of Georgia, et al., : : : : | |
| Defendants. | |

**OPINION AND ORDER**

This matter is before the court on Defendants' motion for a protective order [8], as well as Plaintiff's motion for preliminary injunction [10], motion to exceed pages [11], and Plaintiff's motion to add party [21-1] and expedite hearing [21-2].

On January 27, 2005, Plaintiff, Starship Enterprises of Atlanta, Inc., filed a suit against Defendants, Fulton County, Tom Lowe, Robb Pitts, William Edwards, Nancy A. Boxill, Emma I. Darnell, Karen C. Handel, Lynne Riley, and Steven Cover, alleging that their conduct constituted an unconstitutional prior restraint, violated substantive due process, and constituted an unconstitutional taking. On June 23, Defendants filed a motion for a protective order. On July 13, Plaintiff filed a motion for preliminary injunction and a motion for leave

to file excess pages. The court held a hearing on the matter on December 19, 2005. At this hearing it was brought to the court's attention that Plaintiff's establishment would be located in the newly-formed City of Sandy Springs. The court continued the action pending review once the City of Sandy Springs had been added as a Defendant. On December 20, Plaintiff filed a motion to add the City of Sandy Springs as a party.

The court GRANTS Plaintiff's motion to add the City of Sandy Springs as a Defendant to this action [21-1]. The court DENIES WITH LEAVE TO RENEW Plaintiff's motion to expedite hearing [21-2]. Considering the nature of this suit and that Plaintiff's establishment is now located within the newly-incorporated City of Sandy Springs and subject to its ordinances, the court DENIES AS MOOT Defendants' motion for a protective order [8], Plaintiff's motion for preliminary injunction [10] and motion to file excess pages [11].

Plaintiff may file a new motion for preliminary injunction within twenty days (20) of the signing of this order. Should Plaintiff wish an expedited hearing on this matter, it should file a motion within twenty (20) days of this order.

**IT IS SO ORDERED** this 30th day of January 2006.

s/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)